ERIC P. ESCAMILLA, Bar No. 231859
LAW OFFICE OF ERIC P. ESCAMILLA
1713 Tulare Street, Suite 208
Fresno, California 93721
Telephone: (559) 485-2535
Facsimile: (559) 485-3303

Attorney for Defendant
JOSE LUIS CARATACHEA



FILED
MAY 0 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSE LUIS CARATACHEA,<br><br>     Defendant. | No. 05-CR-00357 OWW<br><br>SUBSTITUTION OF ATTORNEY |

ERIC P. ESCAMILLA, Attorney at Law, is hereby substituted as attorney for Defendant JOSE LUIS CARATACHEA in place of his former attorney.

Dated: April 17, 2006          /S/
                    JOSE LUIS CARATACHEA, Defendant

I consent to the above substitution.

Dated: April 17, 2006          /S/
                    ROBERT A. CASSIO

I consent to the above substitution.

Dated: April 17, 2006

/S/
Eric P. Escamilla, Attorney at Law

The foregoing Substitution of Attorney is HEREBY APPROVED.

Dated: __4-27-__, 2006

Honorable Oliver W. Wanger
United States District Judge